# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| UNITED SHIPPING SERVICES TEN INC. | VS | STENA WECO A/S et al | 16-86 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 2/19/16

**Service:** I served GULF OIL LIMITED PARTNERSHIP
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, PLAINTIFFS' INTERROGATORIES TO GARNISHEE & CIVIL COVER SHEET WITH SUMMONS

by leaving with LYNANNE GARES (AUTHORIZED PERSON) At
NAME                RELATIONSHIP

☐ Residence
ADDRESS            CITY / STATE

☒ Business  C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (AS REGISTERED AGENT)
ADDRESS            CITY / STATE

On 2/19/16                AT 12:45 PM
DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME    DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME    DATE TIME    DATE TIME

AGE  45  Sex F  Race WHITE  Height 5'5  Weight 180  HAIR BROWN

SIGNATURE OF PROCESS SERVER
KEVIN S. DUNN

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 19TH day of February, 2016.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/16/2019

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED SHIPPING SERVICES TEN INC.,<br><br>Plaintiff,<br><br>v.<br><br>STENA WECO A/S, *et al.*,<br><br>Defendant and Garnishees. | Civil Action No. __16-86__<br><br>**IN ADMIRALTY** |

To Garnishee: **GULF OIL LIMITED PARTNERSHIP**
c/o Corporation Service Company
2711 Centerville Rd Suite 400
Wilmington, DE 19808

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE.

GREETING:

    WHEREAS, on February 11, 2016, Plaintiff filed a Verified Complaint against Defendant Stena Weco A/S for reasons in said complaint mentioned for the sum of at least **USD 533,036.20** (herein, the "Garnishment Amount") and praying for process of marine attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve his answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District you are directed to attach and garnish the property indicated below and how you shall have executed this process, make known to this Court with your certificate of execution thereof written: